# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| KKOT Associates, LLC | )  ASBCA No. 59898 |
| | ) |
| Under Contract No. 73-0015-5803 | ) |

APPEARANCE FOR THE APPELLANT:  Mr. Kevin K. Osafo-Twum
    President

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
    Army Chief Trial Attorney
    CPT Cali Y. Kim, JA
    Trial Attorney

## ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

By letter dated 2 March 2015, appellant filed notices of appeal in this and a related but unconsolidated appeal, ASBCA No. 59869. This appeal was docketed separately on 23 March 2015. When the Board did not receive a filing from appellant in ASBCA No. 59898, it issued an Order, dated 4 May 2015, directing appellant to file its complaint by 25 May 2015, or immediately advise the Board how much more time was needed and why. Appellant was advised that failure to comply with the Board's Order could result in the Board ordering appellant to show cause why the appeal should not be dismissed pursuant to Board Rule 17 for failure to prosecute. The Board received no response from appellant.

By Order dated 4 June 2015, the Board directed appellant to either file a complaint or show cause why the appeal should not be dismissed for failure to prosecute within 21 days of the date of the Order. Appellant received the Show Cause Order on 9 June 2015. The Board has received no response from appellant.

Accordingly, this appeal is dismissed with prejudice under Board Rule 17 for failure to prosecute.

Dated:  8 July 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59898, Appeal of KKOT Associates, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2